UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- v. –

SIXTO VALDEZ ROMAN

                Defendant.
------------------------------------------------------------X

ORDER

14-CR-761 (PAC)

IT IS HEREBY ORDERED:

    David Bertan is appointed to represent Sixto Roman as CJA counsel, *Nunc Pro Tunc* June 12, 2020.

DATE:

June 15, 2020

SIGNED: *[signature]*

PAUL A. CROTTY
United States District Judge